In the Matter of E. ARTHUR TUTEIN, INC., Respondent, v. HUDSON VALLEY COKE AND PRODUCTS CORPORATION, Appellant.

(Argued February 11, 1931; decided March 24, 1931.)

*Joseph M. Hartfield, Vermont Hatch* and *Carlos L. Israels* for appellant.

*Samuel H. Kaufman, Emil Weitzner* and *Raphael L. Elias* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.